# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | |
|---|---|
| Robert E. Bower | ) |
| *Plaintiff* | ) |
| v. | ) |
| Warden, Chillicothe Correctional Institution | ) |
| *Defendant* | ) |

Civil Action No.  3 : 16-cv-468

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:  28 U.S.C. § 2254 Petition Dismissed with Prejudice; Judgment shall be entered in favor of Respondent and
against Petitioner; Petitioner is denied a certificate of appealability; and is denied leave to appeal in forma
pauperis; captioned case is hereby ordered terminated upon the docket of this Court.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

❏ decided by Judge _____ on a motion for

Date:    8/24/17

CLERK OF COURT

*Kaylin Atkinson*
*Signature of Clerk or Deputy Clerk*